

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-20-00267-CV

Joe Jesse **PONCE** III,
Appellant

v.

**COMMISSION FOR LAWYER DISCIPLINE**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-04768
Mary C. Brown, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
            Patricia O. Alvarez, Justice
            Liza A. Rodriguez, Justice

On May 25, 2022, we issued a memorandum opinion affirming the trial court's judgment that, among other things, disbarred appellant. Since then, we have granted appellant five extensions of time to file a motion for rehearing. The last extension fixed a deadline of November 4, 2022. In our order granting appellant a fifth extension of time, we cautioned that "no further extensions of time for this filing will be entertained." On November 7, 2022, appellant filed a letter stating that he became ill the previous week and stating: "I'm also having issues with my computer. I will try to use Fed X [*sic*] to electronically send my Motion for Rehearing." We construe appellant's letter as his sixth motion for extension of time. Appellant's sixth motion for extension of time to file a motion for rehearing is hereby DENIED.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.



Michael A. Cruz,
Clerk of Court